| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Corey** | **Cortez** | **Johnson** |
| | First Name | Middle Name | Last Name |
| Debtor 2: (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern** District of | **Michigan** | |
| Case Number: (if known) | **24-46570** | | |
| Chapter filing under: | ☑ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13 | | |

# Order Approving Payment of Filing Fee in Installments

## Order Approving Payment of Filing Fee in Installments with Modifications[1]

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that the debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $338.00 | 10/07/2024 Month/Day/Year |

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**Signed on July 29, 2024**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] *See 11 U.S.C.§§ 707(a)(2), 1325(a)(2), or Fed.R.Bankr.P. 4004(c)(1)(G).*

In re:  Case No. 24-46570-tjt
Corey Cortez Johnson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2      User: admin      Page 1 of 1
Date Rcvd: Jul 29, 2024      Form ID: pdf01      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Corey Cortez Johnson, 28360 Warren Rd 206, Westland, MI 48185-2642 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Robert Keyes | on behalf of Debtor Corey Cortez Johnson ecf@robertkeyeslaw.com  RobertKeyesLawPLLCMI@jubileebk.net |
| Michael Stevenson | mstevenson@sbplclaw.com  MI15@ecfcbis.com;ms@trustesolutions.net;rschultz@sbplclaw.com |

TOTAL: 2