# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MICHIGAN

IN RE:

Corey Cortez Johnson

CASE NO: 24-46570

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 15

On 8/12/2024, I did cause a copy of the following documents, described below,

Coversheet for Amendments ECF Docket Reference No. 15

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/12/2024

/s/ John Robert Keyes
John Robert Keyes  P68856

Robert Keyes Law, PLLC
1646 E Stadium Blvd
Ann Arbor, MI  48104
734 662 1590
robert@robertkeyeslaw.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br>Corey Cortez Johnson | CASE NO: 24-46570<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 15 |

On 8/12/2024, a copy of the following documents, described below,

Coversheet for Amendments ECF Docket Reference No. 15

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/12/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John Robert Keyes
Robert Keyes Law, PLLC
1646 E Stadium Blvd
Ann Arbor, MI  48104

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>06452<br>CASE 24-46570-TJT<br>EASTERN DISTRICT OF MICHIGAN<br>DETROIT<br>MON AUG 12 14-25-59 EDT 2024 | ADVANCE AMERICA<br>1859 SOUTHFIELD RD<br>LINCOLN PARK MI 48146-2247 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CHECK SMART<br>7840 TELEGRAPH RD<br>TAYLOR MI 48180-2234 | CHECK N GO<br>17084 FORT ST<br>RIVERVIEW MI 48193-6626 | COREWELL HEALTH DEARBORN HOSPITAL<br>18101 OAKWOOD BLVD<br>DEARBORN MI 48124-4089 |
| (P)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | HENRY FORD WYANDOTTE HOSPITAL<br>2333 BIDDLE AVE<br>WYANDOTTE MI 48192-4668 | PLANET FITNESS<br>13591 EUREKA ROAD<br>SOUTHGATE MI 48195-1334 |
| (P)WEBER OLCESE PLC<br>2653 INDUSTRIAL ROW DR<br>TROY MI 48084-7038 | | |